**AFFIDAVIT OF SERVICE**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

GOVERNMENT EMPLOYEES INSURANCE COMPANY, ET AL.,

INDEX #:
1:18-CV-03159 (SJ)(SJB)

Plaintiff(s)
Petittioner(s)

- against -

EPIONE MEDICAL, P.C., ET AL.

Defendant(s)
Respondent(s)

ATTORNEY FILE#:
5100-2060

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 02/27/2019, 08:30AM at 67-25 DARTMOUTH STREET, APARTMENT #4K, FOREST HILLS, NY 11375, deponent served a AMENDED SUMMONS IN A CIVIL ACTION & AMENDED COMPLAINT on ELENA MUMIN-AKHUNOV, a defendant in the above action.

By delivering a true copy thereof to and leaving with ISKANDER MUMIN-AKHUNOV/CO-TENANT, a person of suitable age and discretion at the above address, the said premises being the defendant's dwelling place/usual place of abode within the State of NEW YORK.

Deponent completed service by depositing a copy of the above described papers in a post paid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of NEW YORK, on 03/07/2019 addressed to defendant ELENA MUMIN-AKHUNOV at 67-25 DARTMOUTH STREET, APARTMENT #4K, FOREST HILLS, NY 11375 with the envelope bearing the legend PERSONAL AND CONFIDENTIAL and did not indicate on the outside thereof that the communication was from an attorney or concerned an action against the defendant.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex M   Approximate age 36   Approximate height 5'09"   Approximate weight 182   Color of skin WHITE   Color of hair BLACK & GRAY
Other ACCENT

ISKANDER MUMIN-AKHUNOV told the deponent that ELENA MUMIN-AKHUNOV was not presently in the military service of the United States Government or on active duty in the military service in the State of NEW YORK or a dependent of anybody in the military.

RIVKIN RADLER LLP

926 RXR PLAZA

UNIONDALE, NY  11556-0926
(516)357-3000

TONY CONIGLIARO   License # 1220476

Sworn to before me on 03/07/2019
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2021

**UNITED STATES POSTAL SERVICE**®

Certified Mail

This Certificate of Mailing provides evidence that mail has been presented to USPS® for
This form may be used for domestic and international mail.

From:

P.O. BOX 470
MINEOLA, NY 11501-0470
Personal & Confidential

To: Elena Mumin-Akhunov
67-25 Dartmouth Street
Apartment #4K
Forest Hills, NY 11375

PS Form **3817**, April 2007  PSN 7530-02-000-9065

Postmark: WILLISTON PARK, NY — MAR 07, 19 — $1.45