

WWW.RIVKINRADLER.COM 

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**PRISCILLA D. KAM**
(516) 357-3341
priscilla.kam@rivkin.com

September 4, 2019

**VIA ELECTRONIC AND OVERNIGHT MAIL**
Aaron Rubin, Esq.
99 Wall Street, Suite 1130
New York, NY 10005
aaron.m.rubin@gmail.com

Abraham George, Esq.
40 Wall Street, 60th Floor
New York, NY 10005
abegeorgenyc@gmail.com

Re: *Government Employees Ins. Co. et al. v. Epione Medical, P.C. et al.*
Docket No.: 1:18-cv-03159(SJ)(SJB)
RR File No.: 5100-2060

Counselors:

As you know, we represent Plaintiffs Government Employees Ins. Co., GEICO Indemnity Co., GEICO General Ins. Co. and GEICO Casualty Co. (collectively, "GEICO" or "Plaintiffs"), in connection with the above-referenced matter.

Please be advised that on September 4, 2019, via Federal Express overnight mail service, we served the following:

- Notice of Motion to Stay All Pending Collections Arbitrations and Suits;
- Memorandum in Support of Motion to Stay All Pending Collections Arbitrations and Suits; and
- Declaration of Michael A. Sirignano, Esq., with corresponding exhibits.

Pursuant to Local Civil Rule 6.1(b)(2), opposing affidavits and answering memorandum of law must be served within fourteen (14) days after service of GEICO's moving papers, however, please contact us if you wish to discuss an alternative briefing schedule. Please note, pursuant to

Judge Sterling Johnson, Jr.'s Individual Rules, GEICO will not submit its motion papers to the ECF until the motion has been fully briefed.

                                              Respectfully submitted,

                                              RIVKIN RADLER LLP

                                              *Priscilla D. Kam*

                                              Priscilla D. Kam

cc:    **<u>VIA ECF</u>**
       Judge Sterling Johnson, Jr.